480

## 38435. MONTGOMERY v. HARDY ENGINEERING & CONSTRUCTION COMPANY, INC.

FELTON, Chief Judge. In an action by a subcontractor against a general contractor to recover damages for an alleged breach of the subcontract by the general contractor the petition is not subject to special demurrer on the ground that a copy of the general contract is not attached to the petition (the general contract being made a part of the subcontract by reference) where the petition alleges that the plaintiff subcontractor had never received a copy of the general contract and that he was unable to obtain a copy from the attorney for the defendant. *Farr v. McCook,* 95 Ga. App. 749 (98 S. E. 2d 584); *Glover v. Maddox,* 98 Ga. App. 548 (106 S. E. 2d 288); *Fidelity & Deposit Co. v. Fine,* 56 Ga. App. 729, 736 (194 S. E. 58); *Roadway Exp. v. Jackson,* 77 Ga. App. 341 (4) (48 S. E. 2d 691). The court erred in sustaining the general demurrer to the petition and in dismissing the action.
*Judgment reversed. Nichols, J., concurs. Bell, J., concurs in the judgment.*

DECIDED SEPTEMBER 29, 1960.

*Jas. L. Moore,* for plaintiff in error.
*Phillips & Johnson, Inslee M. Johnson,* contra.